UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-22275-CIV-MORENO

RICHARD TEATER,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/



CLOSED CIVIL CASE

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR WRIT OF HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's *pro se* Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **July 12, 2010**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 20**) on **February 16, 2011** recommending that the petition be denied. Objections to the Report and Recommendation were due by March 7, 2011; to date no objections have been filed. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 20**) on **February 16, 2011** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Petition for Writ of Habeas Corpus is DENIED and this case closed.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of March, 2011.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record